## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 1:25-CR-38 (4) |
| v. | § | |
| | § | |
| | § | |
| RIAN GRAHAM | § | |

## ORDER

Pending is defense counsel, Lisa Fluornoy's, *Motion to Withdraw as Counsel* (Dkt. #186). This case is set for Final Pretrial Conference on July 13, 2026.  (Dkt. #148.)  On May 15, 2026, the undersigned had a telephone conference with counsel for both parties and finds the request has merit.   Therefore, it is **ORDERED** that the *Motion to Withdraw as Counsel* (Dkt. #186) is **GRANTED**.

It is further **ORDERED** that Alejandro Macias is substituted as Defendant's counsel.  Ms. Flournoy should turn over any pertinent file materials in this matter to the Defendant or her new counsel and is relieved from any further responsibilities in this case.

SIGNED this 18th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge