**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38 |
| | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |

**ORDER**

Pending before the court is Defendant Rian Graham's ("R. Graham") Opposed Motion for Severance (#495), which codefendant Troi Graham ("T. Graham") joined. Pursuant to the Federal Rules of Criminal Procedure, the court may "set a deadline for the parties to make pretrial motions." FED. R. CRIM. P. 12(c)(1). The pretrial motions deadline for this case was set for November 16, 2026 (#341). If a party does not meet the deadline for making such a motion, the motion is untimely. FED. R. CRIM. P. 12(c)(3). The court may, however, "consider the defense, objection, or request if the party shows good cause." *Id.* Here, R. Graham has not shown good cause. The evidence upon which she bases her motion was provided a reasonable time before the pretrial motions deadline. R. Graham made a request for Riley Graham's trial transcripts on October 26, 2026, and T. Graham made the same request on October 30, 2026. The trial transcripts were docketed on November 12, 2026. Further, the Government finalized its discovery production several weeks before the pretrial deadline. Accordingly, R. Graham's Motion for Severance (#495) is DENIED as untimely.

SIGNED at Beaumont, Texas, this 24th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE